No. 03–7016. IN RE VON FLOWERS; and
No. 03–7080. IN RE KING. Petitions for writs of mandamus denied.

No. 03–727. IN RE SMITH. Petition for writ of mandamus and/or prohibition denied.

No. 03–7531. IN RE BONTKOWSKI. Petition for writ of mandamus and/or prohibition denied. JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 02–1416. ROADWAY EXPRESS, INC. v. FISKE. Ct. Sp. App. Md. Certiorari denied.

No. 02–11098. HERNANDEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–11365. TAYLOR v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 03–269. WETTERGREEN v. ASHCROFT, ATTORNEY GENERAL. C. A. 11th Cir. Certiorari denied.

No. 03–341. ALLSTATE INSURANCE CO. v. NOAH ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–396. SHUSTER v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 03–433. ALCAN ALUMINUM CORP. v. UNITED STATES ET AL. C. A. 2d Cir. Certiorari denied.

No. 03–437. EISEN v. BEARD, SECRETARY, PENNSYLVANIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 3d Cir. Certiorari denied.

No. 03–439. HAAS v. DEPARTMENT OF VETERANS AFFAIRS. C. A. 9th Cir. Certiorari denied.